UNITED STATES of America,
Plaintiff–Appellee,

v.

Humberto SOSA, Defendant–Appellant.

No. 05–14188
Non–Argument Calendar.
D.C. Docket No. 03–00508–CR–1–1.

United States Court of Appeals,
Eleventh Circuit.

March 29, 2006.

Stephanie Gabay–Smith, Amy Levin Weil, Dept. of Justice/U.S. Attorney'S Office, Atlanta, GA, for Plaintiff–Appellee.

Lynn Gitlin Fant, Marietta, GA, for Defendant–Appellant.

Before BLACK, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Lynn Fant, appointed counsel for Humberto Sosa in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Sosa's convictions and sentences are AFFIRMED.